IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| S.B., | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-00773 |
| NAKAMOTO GROUP, INC., | ) |
|     Defendant. | ) |

**AGREED ORDER OF VOLUNTARY DISMISSAL**

Currently before the Court is the Joint Motion of Plaintiff S.B. ("Plaintiff") and Defendant Nakamoto Group, Inc. ("Nakamoto"). The Plaintiff and Nakamoto agree to and stipulate that all claims against Nakamoto shall be dismissed, with prejudice, and each party to bear their own costs and attorneys' fees. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **GRANTS** the motion and **ORDERS** that all claims asserted against Nakamoto be dismissed with prejudice and that each of these parties shall bear their own costs and attorneys' fees.

The Court further **ORDERS** that a certified copy of this Order be sent to counsel of record and any unrepresented party. The Court further **DIRECTS** the Clerk to remove this case from the Court's active docket.

ENTERED:   January 14, 2022

*David A. Faber*
David A. Faber
Senior United States District Judge

**PREPARED BY:**

s/ Shanna L. Brown
W. Jeffrey Vollmer (WVSB #10277)
Shanna L. Brown (WVSB #12516)
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
Tel: (304) 346-7000
Fax:  (304) 344-9692
wjv@goodwingoodwin.com
slb2@goodwingoodwin.com
*Counsel for Nakamoto Group, Inc.*

**AGREED TO BY:**

/s *Benjamin D. Adams*
L. Dante DiTrapano (WVSB# 6778)
Benjamin D. Adams (WVSB# 11454)
Alexander D. McLaughlin (WVSB# 9696)
CALWELL LUCE DITRAPANO
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302
P: 304-343-4323
F: 304-344-3684
dditrapano@cldlaw.com
badams@cldlaw.com
amclaughlin@cldlaw.com

and

Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
T: (304) 238-9460
F: (304) 830-5324
jay@mccamic.com

and

Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, Ste. 200
80 – 12th Street
Wheeling, West Virginia 26003
T: (304) 233-4380
F: (304) 233-4387
awerner@johnwernerlaw.com
*Counsel for Plaintiff*